

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2019

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellant

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On July 2, 2019, appellant MPII, Inc. d/b/a Mission Park Funeral Chapels and Cemeteries and appellees Timothy and Sharlotte Mott filed a "Joint Motion to Abate Appeal Pending Mediation," requesting that this court abate this appeal pending a mediation scheduled for August 13, 2019. We granted the parties' joint motion, abated the appeal, and ordered the parties to file a status update by September 13, 2019. On that day, the parties filed a Joint Status Report, advising they had settled and would be filing a motion to dispose of this appeal. At this time, the parties have not filed a dispositive motion.

Based on the foregoing, it is **ORDERED** that the parties file a status update regarding the settlement status or, in the alternative, a dispositive motion **by November 18, 2019.**

It is so **ORDERED** on October 17, 2019.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk